## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**REBECCA CHASE,**

      **Plaintiff,**

**vs.**                                       **5:05-CV-121-SPM**

**JOANNE B. BARNHART,**
**Commissioner of Social Security,**

      **Defendant.**

_____/

### ORDER DISMISSING CASE

      **THIS CAUSE** comes before the Court upon the "Motion to Dismiss Complaint" (doc. 16) filed January 26, 2006, in which Plaintiff states that after reviewing the hearing transcript, she no longer wishes to pursue her claim.

      Pursuant to Federal Rule of Civil Procedure 41(a)(1), it is hereby

      **ORDERED AND ADJUDGED** that this case is *dismissed without prejudice.*

      **DONE AND ORDERED** this <u>thirtieth</u> day of January, 2006.

                            *s/ Stephan P. Mickle*
                            Stephan P. Mickle
                            United States District Judge

/pao